THORNTON v. BOARD OF SUPERVISORS OF GRATIOT COUNTY.

MANDAMUS — BOARDS OF SUPERVISORS — CLAIM FOR BOARDING JURORS.

On *mandamus* to compel a board of supervisors to allow a bill for the board of jurors, a return alleging that the bill as presented was exorbitant, and that the same had been allowed at a reasonable sum, is conclusive, where no issue is joined thereon.

*Certiorari* to Gratiot; Stone, J. Submitted September 17, 1902. (Calendar No. 19,416.) Decided October 15, 1902.

*Mandamus* by Lue A. Thornton and Harry De Golia to compel the board of supervisors of Gratiot county to allow a bill for the board of certain jurors. From an order denying the writ, relators bring *certiorari.* Affirmed.

*John T. Mathews,* for relators.

*Julius B. Kirby,* Prosecuting Attorney, for respondent.

PER CURIAM. The relators, hotel keepers, applied to the circuit court for a *mandamus* to compel the board of supervisors of Gratiot county to allow a bill of $420 for board and lodging furnished to jurors while engaged in the trial of a cause in said court. The board answered the order to show cause, alleging that they had considered the claim, and found the charge to be exorbitant, and allowed the claim at $210, and that such sum was reasonable compensation. Issue was not joined upon this question, and the writ was denied. The case is before us upon *certiorari.* The return is conclusive. We cannot determine the question of fact.

Order affirmed, with costs.